UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         8:08-CR-270-T-24EAJ

JEAN EVANS BAPTISTE
_____/

**O R D E R**

THIS CAUSE comes on for consideration of Defendant's Motion for an Order to Show Cause for Criminal Contempt (D-437).

Defendant is currently incarcerated at the Rivers Correctional Institution in Winton, North Carolina serving a 97-month sentence. Rivers Correctional Institution is operated by GEO Group, Inc., a private corporation. The Bureau of Prisons has a procurement contract with GEO to house federal inmates. Defendant asserts that he is imprisoned outside of the custody of the BOP, and, as such the BOP is in violation of the Judgment in this case. He also suggests that, as GEO is a private corporation, it is not obligated to protect his federal, constitutional and statutory rights. Defendant requests the Court: (1) issue an order to show cause why the BOP should not be held in contempt; (2) appoint an independent prosecutor; and (3) schedule a jury trial on the matter.

On January 9, 2012, the Court dismissed a similar motion by Defendant that sought a finding of civil contempt. At that time, the Court explained that Defendant was essentially challenging the execution of his sentence and that such a claim was more

appropriately raised in a petition pursuant to 28 U.S.C. § 2241. The Court found that it did not have jurisdiction over Defendant's claim because he is not incarcerated in the Middle District of Florida. (D-434.)

While Defendant now returns requesting different relief, an order of criminal contempt, it does not change the fact that he is still challenging the manner in which his sentence is being executed. See e.g. Chavez v. United States, No. C11-1886-RSL-JPD, 2011 WL 7092664 (W.D. Wash. Dec. 23, 2011) (the court found that a very similar motion seeking an order of contempt against the BOP for housing the prisoner at Rivers Correctional Institution should be recharacterized as a petition pursuant to 28 U.S.C. § 2241). Furthermore, as he is incarcerated outside of the Middle District Florida, his motion has not been filed in the appropriate judicial district.

Accordingly, it is ORDERED that:

1) Defendant's Motion for an Order to Show Cause for Criminal Contempt (D-437) is DISMISSED.

DONE AND ORDERED at Tampa, Florida this 19th day of March, 2012.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE